UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:05CR448 JCH |
| | ) |
| SVETLANA RAMAZANOVA, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

IT IS HEREBY ORDERED THAT the Canadian passport of Svetlana Ramazanova be given to agents of Immigrantion and Customs Enforcement to be returned to Svetlana Ramazanova upon the completion of her deportation to Canada.

JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE

Signed this 24th day of February, 2006